IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                                                                          4:96cr25-WS

ANDRADIS BARNEY,

        Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's report and recommendation (doc. 82) docketed October 3, 2006.  The Magistrate Judge recommends that Defendant's Petitioner for Writ of Mandamus (doc. 81) be denied.  Defendant has filed objections (doc. 85) to the report and recommendation.

Upon review of the record in light of Defendant's objections, the Court has determined that the Magistrate Judge's report and recommendation must be adopted.

Accordingly, it is ORDERED:

1.  The Magistrate Judge's report and recommendation (doc. 82) is adopted and incorporated by reference in this order of the court.

2. Defendant's Petitioner for Writ of Mandamus (doc. 81) is DENIED.

3. The clerk shall enter judgment accordingly.

DONE AND ORDERED this   9th   day of   November  , 2006.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE